The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: November 04 2010**

BK1007490
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

| | |
|---|---|
| IN RE: | Case No. 10-35135 |
| Guido Sofo<br>Eloisa Sofo | Chapter 7 |
| | Judge Whipple |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT**<br>**3742 LOCKWOOD AVENUE, TOLEDO, OH 43612** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **14**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 3742 Lockwood Avenue Toledo, OH 43612.

SUBMITTED BY:

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:


Patti Baumgartner-Novak - Trustee
3015 Navarre Avenue
Suite 203
Oregon, OH 43616
pnovak@buckeye-express.com
VIA ELECTRONIC SERVICE

Lowell Douglass McCrury, Esq. - Attorney for Debtors
3360 W Laskey Rd
Toledo, OH 43623
douglasmc@uawlsp.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Guido Sofo - Debtor
3742 Lockwood Ave.
Toledo, OH 43612
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Eloisa Sofo - Debtor
3742 Lockwood Ave.
Toledo, OH 43612
ORDINARY U.S. MAIL, POSTAGE PRE-PAID